988

OCTOBER TERM, 2004

No. 04–395. CHIPPEWA TRADING CO. v. COX, ATTORNEY GENERAL OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–399. ITTELLA FOODS, INC. v. ZURICH INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–404. HERMAN ET AL. v. ASHCROFT, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04–412. CUYLER, SPECIAL ADMINISTRATOR OF THE ESTATE OF CUYLER, DECEASED v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–418. GARY S. ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR SON, ANDREW S. v. MANCHESTER SCHOOL DISTRICT. C. A. 1st Cir. Certiorari denied.

No. 04–419. SOUTHERN v. POWELL, SECRETARY OF STATE. C. A. D. C. Cir. Certiorari denied.

No. 04–443. DRAPER v. REYNOLDS. C. A. 11th Cir. Certiorari denied.

No. 04–458. MARSHALL v. BOWLES, JUDGE. C. A. 6th Cir. Certiorari denied.

No. 04–497. DEJOHN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–512. KROUSE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–513. NG, AKA ENG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–533. KOLOSKY v. FAIRVIEW UNIVERSITY MEDICAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–5593. SMITH v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.